**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**DOTHAN DIVISION**

| | |
|---|---|
| In Re: | Case No. 17-12084 |
| Gary Alley  *aka* Gary L Alley  *aka* Gary Lynn Alley | |
| Sherri Alley  *aka* Sherri J Alley  *aka* Sherri Stickels Alley  *aka* Sherri Jo Alley | Chapter 13 |
| Debtors. | Judge William R. Sawyer |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

Home Point Financial Corporation ("Creditor"), by and through their undersigned agent, hereby gives notice of a Change of Address on the below filed Claim, effective immediately.

Claim Number	5-1
Last 4 Digits of Account Number:	5340

Current Address for Notices:
  Home Point Financial Corporation
  4849 Greenville Avenue, Suite 800
  Dallas, TX 75206

Phone:
Email:

**NEW** Address for Notices (Effective Immediately):
  Home Point Financial Corporation
  11511 Luna Road, Suite 300
  Farmers Branch, TX 75234

Phone:
Email:

Current Address for Payments:
  Home Point Financial Corporation
  PO Box 790309
  St. Louis, MO 63179

Phone:
Email:

**NEW** Address for Payments (Effective Immediately):
  Home Point Financial Corporation
  PO Box 790309
  St. Louis, MO 63179

Phone:
Email:

Respectfully Submitted

/s/ D. Anthony Sottile

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com

# CERTIFICATE OF SERVICE

I certify that on March 15, 2018, a copy of the foregoing Notice of Creditor Address Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

>Margaret Baxley, Debtors' Counsel
>mlabaxley@gmail.com

>Sabrina L. McKinney, Chapter 13 Trustee
>Trustees_office@ch13mdal.com

>Office of the United States Trustee
>(registeredaddress)@usdoj.gov

I further certify that on March 15, 2018, a copy of the foregoing Notice of Creditor Address Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

>Gary Alley, Debtor
>1470 County Rd 18
>Ozark, AL 36360

>Sherri Alley, Debtor
>1470 County Rd 18
>Ozark, AL 36360

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com